**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 3, 2006

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

No. 04-2652

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　*Plaintiff-Appellee*,<br><br>　　　*v.*<br><br>COSME MALDONADO-CERNA,<br>　　*Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 03 CR 920-1<br><br>Ronald A. Guzmán,<br>*Judge.* |

**O R D E R**

Cosme Maldonado-Cerna was sentenced to 77 months in prison for illegal reentry of the United States as an aggravated felon, *see* 8 U.S.C. § 1326(a), (b)(2). He appealed, arguing that the district court plainly erred by sentencing him under the formerly mandatory regime. *See United States v. Booker*, 543 U.S. 220 (2005); *United States v. Paladino*, 401 F.3d 471, 481 (7th Cir. 2005). We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory, *see Paladino*, 401 F.3d at 483–84. He answered that he would. Consequently, we VACATE Maldonado-Cerna's sentence and REMAND for resentencing.